ACCEPTED
03-14-00328-CR
3628962
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/31/2014 1:26:01 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00328-CR

| | | |
|---|---|---|
| **ISREAL REYES, SR.** | § | **IN THE THIRD** |
| **VS.** | § | **DISTRICT COURT OF** |
| **THE STATE OF TEXAS** | § | **APPEALS OF TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/31/2014 1:26:01 PM
JEFFREY D. KYLE
Clerk

### STATE'S FIRST MOTION TO EXTEND TIME TO FILE BRIEF

### TO THE HONORABLE JUDGES OF SAID COURT:

Now comes the State of Texas, Appellee in the above styled and numbered cause, and moves for an extension of time of 31 days to file Appellee's brief, and for good cause would show the following:

### I.

A jury found Appellant guilty of Aggravated Assault with a Deadly Weapon and Unlawful Possession of a Firearm on April 2, 2014 in trial court cause number CR2012-427. The Court sentenced him to 10 and 5 years in TDCJ, respectively. Appellant filed his Notice of Appeal on May 20, 2014, with his original brief being due on September 4, 2014. After the Court abated and remanded the appeal for a hearing under Texas Rule of Appellate Procedure 38.8, the trial court appointed Mr. Wetzel as Appellant's counsel on appeal. Appellant's brief was received by the Court on November 10, and it was filed in the Court after reinstatement of the appeal on December 10, 2014. The State's brief is due on January 9, 2015.

1

## II.

Ms. Christine Rankin – the Assistant District Attorney who prosecuted this case at trial – is handling the appeal for the State. In early December, she had pretrial hearings and otherwise prepared for a juvenile determinate sentence murder case in cause number 3664. She presented two other murders to the grand jury and conferred with the victims' families on all three cases. She had five to six add-on non-jury dockets throughout December. She must also prepare for an Attempted Capitol Murder trial in cause number CR2014-041, as well as a Sexual Assault of a Child trial in cause number CR2014-042, both set for January 12, 2015. Although Ms. Rankin has begun reviewing the record and working on the appeal in the instant case, in light of the forgoing, the State respectfully requests the Court grant her a 31-day extension to file the Appellee's Brief. This is the first extension sought by Appellee.

## III.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully requests an extension of 31 days, until February 9, 2014, so that an adequate response may be made to Appellant's brief. This extension is not requested for purposes of delay but so that justice may be done.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley** SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *First Motion to Extend Time to File Appellee's Brief* has been delivered to Appellant ISREAL REYES, SR.'s attorney of record in this matter:

Richard E. Wetzel
wetzel_law@1411west.com
1411 West Ave., Suite 100
Austin, TX 78701
*Counsel for Appellant on Appeal*

By electronically sending it to his above-listed email address through eFileTexas.gov, this 31st day of December, 2014.

/s/ Joshua D. Presley
**Joshua D. Presley**